IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JP MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN RONAN,<br>UNITED STATES OF AMERICA, and<br>COMMONWEALTH OF MASSACHUSETTS,<br>DEPARTMENT OF REVENUE,<br><br>    Defendants. | Case No. 1:10-cv-10384<br><br>Judge Gorton |

## JUDGMENT

The plaintiff, JP Morgan Chase Bank, National Association, and the defendants, the United States of America and the Commonwealth of Massachusetts, have agreed to the following judgment, as evidenced by the signatures of their counsel below. Defendant John Ronan has been defaulted. Accordingly, it is –

ORDERED ADJUDGED AND DECREED that default judgment is entered against John Ronan, who has no claim to the interpleader fund of $61,668.91 described in the complaint.

It is further ORDERED, ADJUDGED AND DECREED that the interpleader fund of $61,668.91 described in the complaint, plus accrued interest and accumulations thereon, shall be distributed as follows:

First, to the United States of America in the amount of $14,411.55, plus interest from April 30, 2010, for an income tax assessment against John Ronan for the year 2000.

Second, to the plaintiff, JP Morgan Chase Bank, National Association, in the amount of $2,448.07 for its attorneys fees and costs.

Third, to the Commonwealth of Massachusetts in the amount of the remaining balance.

This judgment resolves all remaining claims and is a final judgment.

AGREED:

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, Plaintiff

/s/ Jennifer J. Normand (consent attached)

JENNIFER J. NORMAND
BBO # 661540
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
Telephone: (617) 558-0500
Fax: (617) 244-7304
Email: jnormand@harmonlaw.com

UNITED STATES OF AMERICA,
Defendant

/s/ Edward J. Murphy

EDWARD J. MURPHY
BBO #669265
U.S. Department of Justice, Tax Division
Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6064
Fax: (202) 514-5238
Email: Edward.J.Murphy@usdoj.gov

COMMONWEALTH OF MASSACHUSETTS,
Defendant

/s/ Eileen Ryan McAuliffe (consent attached)

EILEEN RYAN McAULIFFE
BBO #435260
Department of Revenue
Litigation Bureau, 7th Floor
P.O. Box 9565
100 Cambridge Street
Boston, MA 02114-9565
Telephone: (617) 626-3217
Fax: (617) 626-3245
Email: McAuliffe@dor.state.ma.us

**IT IS SO ORDERED ADJUDGED, AND DECREED.**

Dated: 9/10/10

_/s/ Nathaniel M. Gorton_
HON. NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, <br><br> Plaintiff, <br><br> v. <br><br> JOHN RONAN, UNITED STATES OF AMERICA, and COMMONWEALTH OF MASSACHUSETTS, DEPARTMENT OF REVENUE, <br><br> Defendants. | Case No. 1:10-cv-10384 <br><br> Judge Gorton |

## JUDGMENT

The plaintiff, JP Morgan Chase Bank, National Association, and the defendants, the United States of America and the Commonwealth of Massachusetts, have agreed to the following judgment, as evidenced by the signatures of their counsel below. Defendant John Ronan has been defaulted. Accordingly, it is –

ORDERED ADJUDGED AND DECREED that default judgment is entered against John Ronan, who has no claim to the interpleader fund of $61,668.91 described in the complaint.

It is further ORDERED, ADJUDGED AND DECREED that the interpleader fund of $61,668.91 described in the complaint, plus accrued interest and accumulations thereon, shall be distributed as follows:

First, to the United States of America in the amount of $14,411.55, plus interest from April 30, 2010, for an income tax assessment against John Ronan for the year 2000.

Second, to the plaintiff, JP Morgan Chase Bank, National Association, in the amount of $2,448.07 for its attorneys fees and costs.

Third, to the Commonwealth of Massachusetts in the amount of the remaining balance.

This judgment resolves all remaining claims and is a final judgment.

AGREED:

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, Plaintiff

By:_____
JENNIFER J. NORMAND
BBO #661540
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
Telephone: (617) 558-0500
Fax: (617) 244-7304
Email: jnormand@harmonlaw.com

UNITED STATES OF AMERICA,
Defendant

By:_____
EDWARD J. MURPHY
BBO #669265
U.S. Department of Justice, Tax Division
Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6064
Fax: (202) 514-5238
Email: Edward.J.Murphy@usdoj.gov

COMMONWEALTH OF MASSACHUSETTS,
Defendant

By:_____
EILEEN RYAN McAULIFFE
BBO #435260
Department of Revenue
Litigation Bureau, 7th Floor
P.O. Box 9565
100 Cambridge Street
Boston, MA 02114-9565
Telephone: (617) 626-3217
Fax: (617) 626-3245
Email: McAuliffe@dor.state.ma.us

**IT IS SO ORDERED ADJUDGED, AND DECREED.**

Dated: _____     _____
HON. NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

2

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JP MORGAN CHASE BANK,<br>NATIONAL ASSOCIATION,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN RONAN,<br>UNITED STATES OF AMERICA, and<br>COMMONWEALTH OF MASSACHUSETTS,<br>DEPARTMENT OF REVENUE,<br><br>    Defendants. | Case No. 1:10-cv-10384<br><br>Judge Gorton |

## JUDGMENT

The plaintiff, JP Morgan Chase Bank, National Association, and the defendants, the United States of America and the Commonwealth of Massachusetts, have agreed to the following judgment, as evidenced by the signatures of their counsel below. Defendant John Ronan has been defaulted. Accordingly, it is –

ORDERED ADJUDGED AND DECREED that default judgment is entered against John Ronan, who has no claim to the interpleader fund of $61,668.91 described in the complaint.

It is further ORDERED, ADJUDGED AND DECREED that the interpleader fund of $61,668.91 described in the complaint, plus accrued interest and accumulations thereon, shall be distributed as follows:

First, to the United States of America in the amount of $14,411.55, plus interest from April 30, 2010, for an income tax assessment against John Ronan for the year 2000.

Second, to the plaintiff, JP Morgan Chase Bank, National Association, in the amount of $2,448.07 for its attorneys fees and costs.

Third, to the Commonwealth of Massachusetts in the amount of the remaining balance.

This judgment resolves all remaining claims and is a final judgment.

AGREED:

JP MORGAN CHASE BANK,
NATIONAL ASSOCIATION, Plaintiff

By:_____
JENNIFER J. NORMAND
BBO # 661540
Harmon Law Offices, P.C.
P.O. Box 610389
Newton Highlands, MA 02461-0389
Telephone: (617) 558-0500
Fax: (617) 244-7304
Email: jnormand@harmonlaw.com

UNITED STATES OF AMERICA,
Defendant

By:_____
EDWARD J. MURPHY
BBO #669265
U.S. Department of Justice, Tax Division
Box 55, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 307-6064
Fax: (202) 514-5238
Email: Edward.J.Murphy@usdoj.gov

COMMONWEALTH OF MASSACHUSETTS,
Defendant

By: *[signature: Eileen Ryan McAuliffe]*
EILEEN RYAN McAULIFFE
BBO #435260
Department of Revenue
Litigation Bureau, 7th Floor
P.O. Box 9565
100 Cambridge Street
Boston, MA 02114-9565
Telephone: (617) 626-3217
Fax: (617) 626-3245
Email: McAuliffe@dor.state.ma.us

IT IS SO ORDERED ADJUDGED, AND DECREED.

Dated:_____

_____
HON. NATHANIEL M. GORTON
UNITED STATES DISTRICT JUDGE

2